ACCEPTED
01-14-00336-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
7/6/2015 12:28:52 PM
CHRISTOPHER PRINE
CLERK

NOS. 01-14-00335-CR & 01-14-00336-CR

| | | |
|---|---|---|
| DAMION GENTRY | § | IN THE FIRST DISTRICT |
| VS. | § | COURT OF APPEALS |
| THE STATE OF TEXAS | § | HOUSTON, TEXAS |

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
7/6/2015 12:28:52 PM
CHRISTOPHER A. PRINE
Clerk

STATE'S MOTION TO ORDER THE COURT REPORTER
FOR THE CERTIFICATION HEARING TO FILE THE RECORD

TO THE HONORABLE JUSTICES OF THE FIRST COURT OF APPEALS:

The State's brief is due on Friday, July 10, 2015, on an extended deadline, no further extensions.

On June 9, 2015, the State noticed that Appellant's first point of error asserted factual insufficiency in support of the certification order, but that the record of the certification hearing had not been filed with the Court. The State obtained a copy of the reporter's record for the lengthy certification hearing from Appellant's attorney, and asked that the record be filed with this Court. This copy does not have an Exhibits Volume or a copy of the exhibits admitted during the certification hearing at the end of each volume.

To date, the reporter's record of the certification hearing has not been filed with this Court. Appellant's counsel has informed the undersigned assistant district attorney that he has been in communication with Gail Rolen, Texas CSR 8933, and

1

will follow up with her. The undersigned assistant district attorney has also left a message at the phone number in Ms. Rolen's signature block, attached hereto.

As the reporter's record of the certification hearing has been prepared, it simply needs to be transmitted to this Court. The exhibit volume, however, may still need to be prepared as it was not forwarded by appellate counsel to the State.

WHEREFORE, PREMISES CONSIDERED. the State asks this Court to issue an order to Gail Rolen, Texas CSR 8933 to file the reporter's record of the certification hearing on or before Thursday, July 9, 2015.

Respectfully submitted,

John F. Healey, Jr.
SBOT # 09328300
District Attorney, 268th Judicial District
Fort Bend County, Texas

/s/ Gail Kikawa McConnell
Gail Kikawa McConnell
SBOT # 11395400
Assistant District Attorney
301 Jackson Street, Room 101
Fort Bend County, Texas 77469
(281) 238-3205 / (281) 238-3340 (fax)
Gail.McConnell@fortbendcountytx.gov

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing State's motion was served on July 6, 2015, through the electronic filing manager or by email on Mr. Michael Diaz, Attorney for Appellant, <mjoeldiaz@sbcglobal.net>.

/s/ Gail Kikawa McConnell
Gail Kikawa McConnell

STATE OF TEXAS

COUNTY OF HARRIS

I, Gail Rolen, Deputy Court Reporter in and for the CCL #3 District Court of Fort Bend County, State of Texas, do hereby certify that the above and foregoing contains a true and correct transcription of all portions of evidence and other proceedings requested in writing by counsel for the parties to be included in this volume of the Reporter's Record in the above-styled and numbered cause, all of which occurred in open court or in chambers and were reported by me.

I further certify that this Reporter's Record of the proceedings truly and correctly reflects the exhibits, if any, offered by the respective parties.

I further certify that the total cost for the preparation of this Reporter's Record is $_____ and will be paid by _____.

/s/Gail Rolen _____

Gail Rolen, CSR
Texas CSR 8933
Deputy Court Reporter
CCL #3 District Court
Fort Bend County, Texas
1422 Eugene Heimann Circle
Houston, Texas 77469
Telephone:  713/204-5956
Expiration:  12/31/2014